Redacted ECF 117

VERSO 1-24-2015 SPREADSHEET SEVERANCE CALCULATION DATA

| ID Number | Original Hire Date | Seniority Date | Terminat-ion Date | YOS-SEN Contract | (Last day physicall y worked (not including call ins) | Base Rate | Union | Actual Gross Wages through 12/31/2014 | YOS-SEN Including partial year | YOS-SEN excl. partial year | # of Vac. Wks. 2015 | Comments | Adjusted Wks less #2 without STD | Actual # of Wks | Adjusted Gross Wages as of 12/31/2014 without STD for Severance | Vacation Wages for 2015 | Weekly Rate | Section 10 - 2015 Vacation Payout | Maine State Severance | CBA Severance | MOA Severance | Total New Payment = MOA and STD + Section 10 2015 Vacation | STD 1/30/2016 MOA Severance Payout | Remaining Payment (Section 10 2016 Vacation and Adjusted Severance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 137214 | 2/17/1972 | 2/17/1972 | 12/31/2014 | 43.00 | 12/17/2014 | 826.72 | IAM | 66,163.90 | 42.50 | 42.00 | 6 | | | 52 | $66,163.90 | 66333.42 | 1326.6684 | $7,960.01 | $93,400.00 | $49,300.00 | $93,400.00 | $61,410.01 | $26,725.20 | $34,685.01 |
| 138220 | 2/18/1981 | 2/18/1981 | 12/31/2014 | 34.00 | 12/17/2014 | 828.72 | IAM | 71,100.79 | 33.89 | 33.00 | 6 | | | 52 | $71,100.79 | 71100.79 | 1422.0158 | $8,532.09 | $46,100.00 | $30,699.20 | $46,100.00 | $53,662.09 | $22,505.00 | $31,097.09 |
| 139145 | 10/10/1974 | 10/10/1974 | 12/31/2014 | 40.00 | 12/17/2014 | 528.72 | IAM | 57,417.73 | 40.25 | 40.00 | 6 | | 9 | 43 | $52,732.02 | 68116.36 | 1362.3271 | $8,173.96 | $40,600.00 | $45,950.00 | $40,000.00 | $57,233.96 | $23,925.00 | $33,308.96 |
| 140142 | 3/21/1976 | 3/21/1976 | 12/31/2014 | 37.00 | 12/17/2014 | 826.72 | IAM | 68,666.66 | 38.86 | 38.00 | 6 | | 2 | 50 | $68,666.66 | 68666.66 | 1373.3332 | $8,240.00 | $40,400.00 | $42,850.00 | $49,440.00 | $57,680.00 | $24,720.00 | $32,960.00 |
| 135167 | 6/20/1978 | 6/20/1978 | 12/31/2014 | 39.00 | 12/17/2014 | 826.72 | IAM | 29,418.35 | 39.53 | 30.00 | 6 | | 35 | 17 | $29,418.35 | 29418.35 | 1206.24 | $7,237.44 | $60,700.00 | $44,600.30 | $65,700.00 | $72,997.44 | $32,680.00 | $40,117.44 |
| 138227 | 9/24/1976 | 9/24/1976 | 12/31/2014 | 38.00 | 12/17/2014 | 820.79 | IAM | 81,138.89 | 29.29 | 30.00 | 6 | | | 53 | $81,138.89 | 81138.89 | 1622.7778 | $9,736.67 | $69,300.00 | $69,800.00 | $69,300.00 | $69,036.67 | $29,650.00 | $39,386.67 |
| 138785 | 7/18/1978 | 7/18/1978 | 12/31/2014 | 38.00 | 12/17/2014 | 828.72 | IAM | 76,533.15 | 29.49 | 30.00 | 6 | | | 52 | $76,101.72 | 76533.15 | 1530.663 | $9,183.98 | $65,800.00 | $43,854.00 | $65,800.00 | $64,863.98 | $27,965.00 | $36,898.98 |
| 403228 | 2/28/2011 | 2/28/2011 | 12/31/2014 | 4.00 | 12/17/2014 | 828.44 | IAM | 61,134.86 | 3.84 | 3.00 | 2 | | 7 | 45 | $61,134.86 | 61134.86 | 1222.6972 | $2,445.39 | $4,000.00 | $4,000.00 | $4,000.00 | $6,905.79 | $2,275.20 | $4,730.59 |
| 135613 | 10/14/1981 | 10/14/1981 | 12/31/2014 | 33.00 | 12/17/2014 | 930.78 | IAM | 87,361.94 | 33.24 | 30.00 | 6 | | 3 | 40 | $87,361.94 | 87361.94 | 1747.2388 | $10,483.43 | $56,400.00 | $56,642.00 | $56,000.00 | $69,323.43 | $29,420.00 | $39,903.43 |
| 136413 | 5/27/1977 | 5/27/1977 | 12/31/2014 | 38.00 | 12/17/2014 | 930.79 | IAM | 76,533.22 | 37.82 | 37.00 | 6 | | 5 | 47 | $76,533.22 | 76533.22 | 1530.6644 | $9,183.99 | $66,200.00 | $46,500.09 | $66,300.00 | $69,493.99 | $30,125.00 | $39,308.99 |
| 120417 | 11/29/1988 | 11/29/1988 | 12/31/2014 | 26.00 | 12/17/2014 | 820.79 | IAM | 73,040.21 | 26.11 | 26.00 | 6 | | 2 | 50 | $73,040.21 | 73040.21 | 1460.8042 | $8,764.83 | $37,900.00 | $32,901.50 | $37,700.00 | $46,764.83 | $18,905.00 | $27,859.83 |
| 137770 | 7/10/1970 | 7/10/1978 | 12/31/2014 | 39.00 | 12/17/2014 | 628.72 | IAM | 62,306.62 | 36.46 | 36.00 | 6 | | | 52 | $62,306.62 | 62306.62 | 1246.1324 | $7,476.79 | $64,500.00 | $43,654.00 | $64,500.00 | $53,018.79 | $22,770.00 | $30,246.79 |
| 138050 | 8/24/1984 | 8/24/1984 | 12/31/2014 | 30.00 | 12/17/2014 | 828.72 | IAM | 95,015.60 | 30.37 | 30.00 | 6 | | 1 | 51 | $95,015.60 | 95015.60 | 1900.312 | $11,401.87 | $66,500.00 | $36,404.00 | $66,500.00 | $67,301.87 | $27,950.00 | $39,351.87 |
| 134096 | 8/29/1987 | 8/29/1987 | 12/31/2014 | 27.00 | 12/17/2014 | 930.79 | IAM | 71,005.38 | 27.36 | 27.00 | 6 | | | 52 | $71,005.38 | 71005.38 | 1420.1076 | $8,520.65 | $38,870.00 | $30,933.30 | $38,670.00 | $45,390.65 | $18,435.00 | $26,655.65 |
| 140450 | 3/20/1991 | 3/20/1991 | 12/31/2014 | 24.00 | 12/17/2014 | 930.79 | IAM | 82,196.19 | 23.68 | 23.00 | 5 | | 2 | 50 | $82,196.19 | 82196.19 | 1643.9238 | $8,219.62 | $37,600.00 | $28,085.40 | $37,600.00 | $46,039.62 | $18,910.00 | $27,129.62 |
| 403320 | 1/17/2011 | 1/17/2011 | 12/31/2014 | 4.00 | 12/17/2014 | 826.44 | IAM | 52,000.12 | 3.95 | 3.00 | 2 | | 15 | 37 | $45,264.41 | 64693.49 | 1293.869822 | $2,587.74 | $3,600.00 | $4,600.00 | $3,600.00 | $7,138.14 | $2,275.20 | $4,862.94 |
| 138307 | 4/12/1979 | 4/12/1979 | 12/31/2014 | 36.00 | 12/17/2014 | 932.16 | IAM | 87,362.04 | 35.75 | 35.00 | 6 | | | 52 | $87,362.04 | 87362.04 | 1747.2408 | $10,483.44 | $68,918.00 | $43,426.00 | $69,810.00 | $69,293.44 | $29,405.00 | $39,888.44 |
| 403227 | 2/28/2011 | 2/28/2011 | 12/31/2014 | 4.00 | 12/17/2014 | 828.44 | IAM | 71,018.78 | 3.84 | 3.00 | 2 | | 2 | 50 | $71,018.78 | 71018.78 | 1420.3756 | $2,840.75 | $4,570.00 | $4,650.00 | $4,000.00 | $7,391.15 | $2,275.20 | $5,115.95 |
| 137050 | 4/5/1993 | 4/5/1993 | 12/31/2014 | 16.00 | 12/17/2014 | 930.16 | IAM | 54,105.27 | 16.75 | 16.00 | 4 | | 5 | 47 | $51,645.27 | 70298.88 | 1405.977985 | $5,623.91 | $16,400.00 | $19,368.40 | $18,792.40 | $24,926.31 | $9,851.20 | $15,275.11 |
| 403025 | 9/27/2010 | 9/27/2010 | 12/31/2014 | 4.00 | 12/17/2014 | 930.16 | IAM | 80,831.76 | 4.26 | 4.00 | 2 | | 2 | 50 | $80,831.76 | 80831.76 | 1616.6352 | $3,233.27 | $6,470.00 | $6,450.00 | $6,000.00 | $9,703.27 | $3,235.00 | $6,468.27 |
| 138074 | 10/4/1972 | 10/4/1972 | 12/31/2014 | 42.00 | 12/17/2014 | 928.72 | IAM | 61,773.09 | 42.27 | 42.00 | 6 | | 3 | 49 | $61,773.09 | 61773.09 | 1235.4618 | $7,412.77 | $63,600.00 | $46,249.50 | $63,600.00 | $50,362.77 | $26,475.00 | $33,887.77 |
| 139623 | 10/5/1980 | 10/5/1980 | 12/31/2014 | 34.00 | 12/17/2014 | 828.72 | IAM | 65,735.54 | 34.20 | 34.00 | 6 | | 1 | 51 | $65,735.54 | 65735.54 | 1314.7108 | $7,886.26 | $50,650.00 | $33,600.30 | $43,400.00 | $51,718.26 | $21,915.00 | $29,803.26 |
| 139731 | 9/21/1970 | 9/21/1970 | 12/31/2014 | 44.00 | 12/17/2014 | 828.72 | IAM | 14,408.79 | 44.31 | 44.00 | 6 | Not eligible for Section 10 (2015 Vacation) | 44 | 8 | $12,007.36 | 14408.79 | 0 | $0.00 | $66,050.00 | $31,700.00 | $64,350.00 | | | |
| 134093 | 4/16/1990 | 4/16/1990 | 12/31/2014 | 35.00 | 12/17/2014 | 928.72 | IAM | 73,360.35 | 34.73 | 34.00 | 6 | | | 52 | $73,360.35 | 73360.35 | 1467.207 | $8,803.24 | $47,570.00 | $40,203.00 | $47,570.00 | $56,773.24 | $23,985.00 | $32,788.24 |
| 137072 | 6/1/1992 | 6/1/1992 | 12/31/2014 | 23.00 | 12/17/2014 | 930.79 | IAM | 70,057.83 | 22.65 | 22.00 | 5 | | 3 | 49 | $70,057.83 | 70057.83 | 1401.1566 | $7,005.78 | $31,400.00 | $20,130.50 | $31,400.00 | $38,465.78 | $15,730.00 | $22,735.78 |
| 137697 | 8/27/1991 | 8/27/1991 | 12/31/2014 | 33.00 | 12/17/2014 | 930.79 | IAM | 75,262.92 | 33.37 | 33.00 | 6 | | | 52 | $75,262.92 | 75262.92 | 1505.2584 | $9,031.55 | $47,770.00 | $40,648.00 | $47,770.00 | $56,801.55 | $23,985.00 | $32,916.55 |
| 137735 | 7/1/1976 | 7/1/1976 | 12/31/2014 | 39.00 | 12/17/2014 | 828.72 | IAM | 31,999.83 | 32675.67 | 32.00 | 6 | | 26 | 26 | $31,999.83 | 32675.67 | 1206.24 | $7,237.44 | $46,770.00 | $44,992.30 | $47,770.00 | $54,007.44 | $25,335.00 | $28,672.44 |
| 137910 | 10/24/1983 | 10/24/1983 | 12/31/2014 | 31.00 | 12/17/2014 | 930.16 | IAM | 59,893.49 | 31.21 | 31.00 | 6 | | 3 | 49 | $59,893.49 | 59893.49 | 1266.72 | $7,600.32 | $37,800.00 | $37,203.40 | $37,900.00 | $45,500.32 | $18,950.00 | $26,550.32 |
| 403330 | 7/26/2011 | 7/26/2011 | 12/31/2014 | 3.00 | 12/17/2014 | 828.72 | IAM | 68,888.63 | 8.44 | 8.00 | 2 | 4 weeks minimum at 40 hours per MOA | 4 | 48 | $68,888.63 | 68888.63 | 1377.7726 | $2,755.55 | $4,940.00 | $3,440.00 | $4,600.00 | $7,350.75 | $2,297.60 | $5,053.15 |
| 137208 | 4/9/1990 | 7/9/1990 | 12/31/2014 | 24.00 | 12/17/2014 | 828.72 | IAM | 74,948.91 | 24.50 | 24.00 | 6 | | 2 | 50 | $74,948.91 | 74948.91 | 1498.9782 | $8,993.87 | $95,300.00 | $27,871.20 | $36,000.00 | $44,973.87 | $17,990.00 | $26,983.87 |
| 140860 | 3/21/1977 | 2/25/1977 | 12/31/2014 | 39.00 | 12/17/2014 | 930.79 | IAM | 94,585.91 | 37.86 | 37.00 | 6 | | | 52 | $94,585.91 | 94585.91 | 1891.7182 | $11,350.31 | $67,910.00 | $60,690.00 | $67,910.00 | $78,650.31 | $33,655.00 | $45,005.31 |
| 135970 | 12/16/2009 | 6/25/1984 | 12/31/2014 | 30.00 | 12/31/2014 | 930.79 | IAM | 84,781.63 | 30.37 | 30.00 | 3 | | 0 | 52 | $82,614.49 | 84781.63 | 1695.6326 | $5,086.90 | $47,570.00 | $30,940.00 | $47,570.00 | $52,756.90 | $24,460.00 | $28,296.90 |
| 139740 | 4/19/1977 | 4/19/1977 | 12/31/2014 | 38.00 | 12/17/2014 | 828.72 | IAM | 59,596.39 | 57.73 | 37.00 | 6 | | 1 | 51 | $59,596.39 | 59596.39 | 1206.24 | $7,237.44 | $49,800.00 | $33,864.00 | $43,054.00 | $50,891.84 | $21,827.20 | $29,064.64 |
| 403331 | 7/26/2011 | 7/26/2011 | 12/31/2014 | 3.00 | 12/17/2014 | 831.44 | IAM | 62,669.62 | 3.44 | 3.00 | 2 | 4 weeks minimum at 40 hours per MOA | 3 | 51 | $62,669.62 | 62669.62 | 1253.3924 | $2,506.78 | $5,600.00 | $3,412.00 | $4,550.00 | $7,057.18 | $2,275.00 | $4,781.98 |
| 002208 | 8/27/2010 | 9/27/2010 | 12/31/2014 | 4.00 | 12/17/2014 | 828.72 | IAM | 85,921.23 | 4.26 | 4.00 | 2 | | 2 | 50 | $85,921.23 | 85921.23 | 1718.4246 | $3,436.85 | $5,800.00 | $4,006.00 | $6,000.00 | $10,316.85 | $3,440.00 | $6,876.85 |
| 403322 | 7/26/2011 | 7/26/2011 | 12/31/2014 | 3.00 | 12/17/2014 | 828.44 | IAM | 86,566.24 | 3.44 | 3.00 | 2 | 4 weeks minimum at 40 hours per MOA | | 52 | $85,566.24 | 86566.24 | 1731.3248 | $3,462.65 | $5,800.00 | $3,412.00 | $4,550.00 | $8,013.05 | $2,275.20 | $5,737.85 |
| 120469 | 3/20/1991 | 11/20/1992 | 12/31/2014 | 22.00 | 12/17/2014 | 828.72 | IAM | 61,409.49 | 22.13 | 22.00 | 5 | | 4 | 48 | $61,409.49 | 61409.49 | 1228.1898 | $6,140.95 | $30,100.00 | $29,373.00 | $29,100.00 | $34,290.95 | $14,075.00 | $20,215.95 |
| 130812 | 5/21/1989 | 5/21/1989 | 12/31/2014 | 29.00 | 12/17/2014 | 828.72 | IAM | 40,743.87 | 20.61 | 19.00 | 6 | | 26 | 26 | $40,743.87 | 40743.87 | 1206.24 | $7,237.44 | $43,050.00 | $33,915.30 | $43,000.00 | $51,117.44 | $21,940.00 | $29,177.44 |
| 403334 | 7/26/2011 | 4/22/2012 | 12/31/2014 | 3.00 | 12/17/2014 | 828.44 | IAM | 65,432.76 | 3.69 | 2.00 | 2 | Received severance in 2011 then rehired; 4 wks minimum per MOA | | 47 | $65,432.76 | 65432.76 | 1308.6552 | $2,617.31 | | $3,412.00 | $4,550.00 | $7,167.71 | $2,275.20 | $4,892.51 |
| 403239 | 7/26/2011 | 8/27/2012 | 12/31/2014 | 2.00 | 12/17/2014 | 828.44 | IAM | 76,364.36 | 2.36 | 1.00 | 2 | Received severance in 2011 then rehired; 4 wks minimum per MOA | | 49 | $76,364.36 | 76364.36 | 1527.2872 | $3,054.57 | | $3,376.20 | $4,550.00 | $7,604.97 | $2,275.20 | $5,329.77 |
| 139869 | 8/27/1987 | 8/27/1987 | 12/31/2014 | 27.00 | 12/17/2014 | 828.72 | IAM | 78,542.04 | 27.36 | 27.00 | 6 | | 0 | 52 | $77,722.04 | 80118.68 | 1602.373599 | $9,614.24 | $46,300.00 | $31,617.00 | $40,300.00 | $49,974.24 | $20,395.00 | $29,579.24 |
| 803208 | 9/27/2010 | 9/27/2010 | 12/31/2014 | 4.00 | 12/17/2014 | 939.79 | IAM | 70,224.62 | 4.26 | 4.00 | 2 | | 4 | 48 | $70,224.62 | 70224.62 | 1404.4924 | $2,808.98 | $5,890.00 | $4,080.00 | $5,890.00 | $8,668.98 | $2,930.00 | $5,738.98 |
| 141076 | 3/20/1994 | 3/20/1994 | 12/31/2014 | 31.00 | 12/17/2014 | 828.72 | IAM | 66,907.71 | 30.60 | 30.00 | 6 | | | 52 | $66,907.71 | 66907.71 | 1338.1542 | $8,028.93 | $30,410.00 | $39,012.00 | $30,410.00 | $46,638.93 | $19,305.00 | $27,333.93 |
| 137703 | 1/6/1993 | 1/6/1993 | 12/31/2014 | 22.00 | 12/17/2014 | 828.72 | IAM | 102,099.15 | 22.00 | 22.00 | 5 | | 1 | 51 | $102,099.15 | 102554.19 | 2051.0838 | $10,255.42 | $44,050.00 | $38,873.00 | $44,050.00 | $54,305.42 | $22,025.00 | $32,280.42 |
| 139129 | 1/6/1992 | 1/6/1992 | 12/31/2014 | 23.00 | 12/17/2014 | 828.72 | IAM | 68,942.00 | 23.00 | 23.00 | 5 | | | 52 | $68,942.00 | 68942.00 | 1378.84 | $6,894.20 | $30,800.00 | $30,492.00 | $30,800.00 | $37,894.20 | $15,250.00 | $22,144.20 |
| 134945 | 8/8/1978 | 8/8/1978 | 12/31/2014 | 39.00 | 12/17/2014 | 928.72 | IAM | 66,613.05 | 39.42 | 39.00 | 6 | | 2 | 50 | $66,613.05 | 66613.05 | 1332.261 | $7,993.57 | $51,060.00 | $44,093.50 | $51,000.00 | $59,953.57 | $25,980.00 | $33,973.57 |
| 126099 | 10/19/1987 | 10/19/1987 | 12/31/2014 | 27.00 | 12/17/2014 | 828.72 | IAM | 71,299.40 | 27.22 | 27.00 | 6 | | 2 | 50 | $71,299.40 | 71299.40 | 1425.988 | $8,555.93 | $41,000.00 | $31,447.00 | $38,910.00 | $47,065.93 | $19,255.00 | $27,810.93 |
| 140199 | 5/7/1986 | 5/7/1986 | 12/31/2014 | 29.00 | 12/17/2014 | 828.72 | IAM | 75,615.48 | 29.67 | 29.00 | 6 | | | 52 | $75,615.48 | 75615.48 | 1512.3096 | $9,073.86 | $40,730.00 | $35,348.30 | $40,730.00 | $49,793.86 | $20,360.00 | $27,433.86 |
| 139826 | 10/5/1979 | 10/5/1979 | 12/31/2014 | 35.00 | 12/17/2014 | 828.72 | IAM | 64,193.13 | 35.26 | 35.00 | 6 | | | 52 | $64,193.13 | 64193.13 | 1283.8626 | $7,703.18 | $45,700.00 | $40,320.00 | $43,700.00 | $50,913.18 | $21,605.00 | $29,308.18 |
| 140963 | 3/8/1976 | 3/8/1976 | 12/31/2014 | 39.00 | 12/17/2014 | 828.72 | IAM | 71,365.27 | 38.84 | 38.00 | 6 | | | 52 | $71,365.27 | 71365.27 | 1427.3054 | $8,563.83 | $60,400.00 | $43,165.50 | $63,400.00 | $50,919.18 | $21,605.00 | $29,308.18 |
| 139424 | 3/14/1928 | 3/14/1986 | 12/31/2014 | 27.00 | 12/17/2014 | 820.79 | IAM | 77,754.08 | 28.82 | 28.00 | 6 | | | 52 | $77,754.08 | 78323.70 | 1566.474 | $9,398.84 | $30,400.00 | $39,992.30 | $60,400.00 | $60,723.83 | $26,080.00 | $34,643.83 |
| 139676 | 5/7/1990 | 5/7/1990 | 12/31/2014 | 25.00 | 12/17/2014 | 828.02 | IAM | 66,193.05 | 24.67 | 24.00 | 5 | | 6 | 46 | $64,670.19 | 66193.05 | 1323.861 | $7,943.17 | $28,800.00 | $28,380.00 | $32,700.00 | $41,693.17 | $16,215.00 | $25,478.17 |
| 140745 | 4/16/1975 | 4/16/1975 | 12/31/2014 | 40.00 | 12/17/2014 | 930.79 | IAM | 61,462.04 | 39.74 | 39.00 | 6 | | 10 | 42 | $57,309.47 | 71150.33 | 1423.00651 | $5,838.04 | $63,220.00 | $44,984.00 | $63,700.00 | $61,758.04 | $24,632.20 | $37,125.84 |
| 137009 | 8/9/1971 | 8/9/1971 | 12/31/2014 | 43.00 | 12/17/2014 | 828.72 | IAM | 70,660.22 | 43.34 | 43.00 | 6 | | | 52 | $70,660.22 | 70660.22 | 1413.2044 | $8,479.23 | $69,030.00 | $46,960.30 | $69,030.00 | $66,919.23 | $29,030.00 | $37,699.23 |
| 137204 | 4/9/1920 | 7/9/1990 | 12/31/2014 | 24.00 | 12/17/2014 | 828.72 | IAM | 54,258.50 | 24.50 | 24.00 | 6 | | | 52 | $51,037.08 | 54258.50 | 1130.64 | $6,783.84 | $27,290.00 | $25,929.20 | $27,290.00 | $34,003.84 | $13,565.00 | $20,438.84 |
| 139817 | 10/2/2001 | 10/2/2001 | 12/31/2014 | 13.00 | 12/17/2014 | 828.72 | IAM | 62,234.91 | 13.24 | 13.00 | 4 | | 7 | 45 | $51,087.08 | 54258.50 | 1244.6982 | $4,978.79 | $19,870.00 | $14,955.40 | $15,870.00 | $20,848.79 | $7,935.00 | $12,913.79 |
| 139093 | 3/20/1991 | 3/20/1991 | 12/31/2014 | 24.00 | 12/17/2014 | 930.79 | IAM | 94,864.91 | 23.69 | 23.00 | 5 | | | 52 | $94,864.91 | 94864.91 | 1897.2982 | $9,486.49 | $41,000.00 | $29,069.00 | $41,000.00 | $51,446.49 | $20,980.00 | $30,466.49 |

1

| ID Number | Original Hire Date | Seniority Date | Termination Date |
|---|---|---|---|
| 137214 | 2/17/1972 | 2/17/1972 | 12/31/2014 |
| 136220 | 2/18/1981 | 2/18/1981 | 12/31/2014 |
| 139145 | 10/10/1974 | 10/10/1974 | 12/31/2014 |
| 140142 | 2/21/1978 | 2/21/1978 | 12/31/2014 |
| 135167 | 6/30/1976 | 6/30/1976 | 12/31/2014 |
| 136427 | 9/24/1976 | 9/24/1976 | 12/31/2014 |
| 138735 | 7/16/1976 | 7/16/1976 | 12/31/2014 |
| 803228 | 2/28/2011 | 2/28/2011 | 12/31/2014 |
| 135613 | 10/14/1981 | 10/14/1981 | 12/31/2014 |
| 138413 | 5/27/1977 | 5/27/1977 | 12/31/2014 |
| 136417 | 11/28/1988 | 11/28/1988 | 12/31/2014 |
| 137775 | 7/16/1976 | 7/16/1976 | 12/31/2014 |
| 136655 | 8/24/1984 | 8/24/1984 | 12/31/2014 |
| 134995 | 8/28/1987 | 8/28/1987 | 12/31/2014 |
| 140430 | 2/20/1991 | 2/20/1991 | 12/31/2014 |
| 803220 | 1/17/2011 | 1/17/2011 | 12/31/2014 |
| 135307 | 4/12/1979 | 4/12/1979 | 12/31/2014 |
| 803227 | 2/28/2011 | 2/28/2011 | 12/31/2014 |
| 137030 | 4/5/1999 | 4/5/1999 | 12/31/2014 |
| 803205 | 9/27/2010 | 9/27/2010 | 12/31/2014 |
| 138074 | 10/4/1972 | 10/4/1972 | 12/31/2014 |
| 138623 | 10/6/1980 | 10/6/1980 | 12/31/2014 |
| 139731 | 9/21/1970 | 9/21/1970 | 12/31/2014 |
| 134695 | 4/16/1980 | 4/16/1980 | 12/31/2014 |
| 137072 | 5/11/1992 | 5/11/1992 | 12/31/2014 |

2A

VERSO 1-24-2015 SPREADSHEET SEVERANCE CALCULATION DATA

| YOS-SEN Contract | (Last day physically working) - (not including call ins) | Base Rate | Union | Actual Gross Wages through 12/31/2014 | YOS-SEN Including partial year | YOS-SEN excl. partial year | # of Vac Wks-2015 | Comments | Adjusted Wks less 52 without STD | Actual # of Wks | Adjusted Gross Wages as of 12/31/2014 without STD for Severance | Vacation Wages for 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43.00 | 12/17/2014 | $28.72 | IAM | 66,163.90 | 42.90 | 42.00 | 6 | | | 52 | $66,163.90 | 66333.42 |
| 34.00 | 12/17/2014 | $28.72 | IAM | 71,100.79 | 33.89 | 33.00 | 6 | | | 52 | $71,100.79 | 71100.79 |
| 40.00 | 12/17/2014 | $28.72 | IAM | 57,417.73 | 40.25 | 40.00 | 6 | | 9 | 43 | $52,732.02 | 68116.36 |
| 37.00 | 12/28/2014 | $28.72 | IAM | 68,666.66 | 36.88 | 36.00 | 6 | | 2 | 50 | $68,666.66 | 68666.66 |
| 39.00 | 12/17/2014 | $28.72 | IAM | 29,418.35 | 38.53 | 38.00 | 6 | | 35 | 17 | $29,418.35 | 29418.35 |
| 38.00 | 12/17/2014 | $30.79 | IAM | 81,138.89 | 38.29 | 38.00 | 6 | | | 52 | $81,138.89 | 81138.89 |
| 38.00 | 12/17/2014 | $28.72 | IAM | 76,533.15 | 38.48 | 38.00 | 6 | | | 52 | $76,181.72 | 76533.15 |
| 4.00 | 12/17/2014 | $28.44 | IAM | 61,134.86 | 3.84 | 3.00 | 2 | | 7 | 45 | $61,134.86 | 61134.86 |
| 33.00 | 12/17/2014 | $30.79 | IAM | 87,361.94 | 33.24 | 33.00 | 6 | | 3 | 49 | $87,361.94 | 87361.94 |
| 38.00 | 12/17/2014 | $30.79 | IAM | 76,533.22 | 37.62 | 37.00 | 6 | | 5 | 47 | $76,533.22 | 76533.22 |
| 26.00 | 12/17/2014 | $30.79 | IAM | 73,040.21 | 26.11 | 26.00 | 6 | | 2 | 50 | $73,040.21 | 73040.21 |
| 38.00 | 12/17/2014 | $28.72 | IAM | 62,306.62 | 38.48 | 38.00 | 6 | | | 52 | $62,306.62 | 62306.62 |
| 30.00 | 12/17/2014 | $28.72 | IAM | 95,015.60 | 30.37 | 30.00 | 6 | | 1 | 51 | $95,015.60 | 95015.60 |
| 27.00 | 12/17/2014 | $30.79 | IAM | 71,005.38 | 27.36 | 27.00 | 6 | | | 52 | $71,005.38 | 71005.38 |
| 24.00 | 12/17/2014 | $30.79 | IAM | 82,196.19 | 23.88 | 23.00 | 5 | | 2 | 50 | $82,196.19 | 82196.19 |
| 4.00 | 12/17/2014 | $28.44 | IAM | 52,000.12 | 3.96 | 3.00 | 2 | | 15 | 37 | $45,264.41 | 64693.49 |
| 36.00 | 12/17/2014 | $30.16 | IAM | 87,362.04 | 35.75 | 35.00 | 6 | | | 52 | $87,362.04 | 87362.04 |
| 4.00 | 12/17/2014 | $28.44 | IAM | 71,018.78 | 3.84 | 3.00 | 2 | | 2 | 50 | $71,018.78 | 71018.78 |
| 16.00 | 12/17/2014 | $30.16 | IAM | 54,105.27 | 15.75 | 15.00 | 4 | | 5 | 47 | $51,645.27 | 70298.88 |
| 4.00 | 12/17/2014 | $30.16 | IAM | 80,831.76 | 4.26 | 4.00 | 2 | | 2 | 50 | $80,831.76 | 80831.76 |
| 42.00 | 12/17/2014 | $28.72 | IAM | 61,773.09 | 42.27 | 42.00 | 6 | | 3 | 49 | $61,773.09 | 61773.09 |
| 34.00 | 12/17/2014 | $28.72 | IAM | 65,735.54 | 34.26 | 34.00 | 6 | | 1 | 51 | $65,735.54 | 65735.54 |
| 44.00 | 12/17/2014 | $28.72 | IAM | 14,408.79 | 44.31 | 44.00 | 6 | Not eligible for Section 10 (2015 Vacation) | 44 | 8 | $12,007.36 | 14408.79 |
| 35.00 | 12/31/2014 | $28.72 | IAM | 73,360.35 | 34.73 | 34.00 | 6 | | | 52 | $73,360.35 | 73360.35 |
| 23.00 | 12/17/2014 | $30.79 | IAM | 70,057.83 | 22.65 | 22.00 | 5 | | 3 | 49 | $70,057.83 | 70057.83 |

VERSO 1-24-2015 SPREADSHEET SEVERANCE CALCULATION DATA

2B

VERSO 1-24-2015 SPREADSHEET SEVERANCE CALCULATION DATA

| Weekly Rate | Section 10 - 2015 Vacation Payout | Maine State Severance | CBA Severance | MOA Severance | Total New Payment = MOA excl STD + Section 10-2015 Vacation | 50% 1/08/2015 MOA Severance Payout | Remaining Payment (Section 10 2015 Vacation and Adjusted Severance |
|---|---|---|---|---|---|---|---|
| 1326.6684 | $7,960.01 | $53,450.00 | $49,398.40 | $53,450.00 | $61,410.01 | $26,725.00 | $34,685.01 |
| 1422.0158 | $8,532.09 | $45,130.00 | $39,059.20 | $45,130.00 | $53,662.09 | $22,565.00 | $31,097.09 |
| 1362.327166 | $8,173.96 | $49,060.00 | $45,952.00 | $49,060.00 | $57,233.96 | $23,925.00 | $33,308.96 |
| 1373.3332 | $8,240.00 | $49,440.00 | $42,505.60 | $49,440.00 | $57,680.00 | $24,720.00 | $32,960.00 |
| 1206.24 | $7,237.44 | $65,760.00 | $44,803.20 | $65,760.00 | $72,997.44 | $32,880.00 | $40,117.44 |
| 1622.7778 | $9,736.67 | $59,300.00 | $46,800.80 | $59,300.00 | $69,036.67 | $29,650.00 | $39,386.67 |
| 1530.663 | $9,183.98 | $55,680.00 | $43,654.40 | $55,680.00 | $64,863.98 | $27,965.00 | $36,898.98 |
| 1222.6972 | $2,445.39 | $4,080.00 | $4,550.40 | $4,550.40 | $6,995.79 | $2,275.20 | $4,720.59 |
| 1747.2388 | $10,483.43 | $58,840.00 | $40,642.80 | $58,840.00 | $69,323.43 | $29,420.00 | $39,903.43 |
| 1530.6644 | $9,183.99 | $60,250.00 | $46,800.80 | $60,250.00 | $69,433.99 | $30,125.00 | $39,308.99 |
| 1460.8042 | $8,764.83 | $37,990.00 | $32,021.60 | $37,990.00 | $46,754.83 | $18,995.00 | $27,759.83 |
| 1246.1324 | $7,476.79 | $45,540.00 | $43,654.40 | $45,540.00 | $53,016.79 | $22,770.00 | $30,246.79 |
| 1900.312 | $11,401.87 | $55,900.00 | $34,464.00 | $55,900.00 | $67,301.87 | $27,950.00 | $39,351.87 |
| 1420.1076 | $8,520.65 | $36,870.00 | $33,253.20 | $36,870.00 | $45,390.65 | $18,435.00 | $26,955.65 |
| 1643.9238 | $8,219.62 | $37,820.00 | $29,558.40 | $37,820.00 | $46,039.62 | $18,910.00 | $27,129.62 |
| 1293.869822 | $2,587.74 | $3,680.00 | $4,550.40 | $4,550.40 | $7,138.14 | $2,275.20 | $4,862.94 |
| 1747.2408 | $10,483.44 | $58,810.00 | $43,430.40 | $58,810.00 | $69,293.44 | $29,405.00 | $39,888.44 |
| 1420.3756 | $2,840.75 | $4,270.00 | $4,550.40 | $4,550.40 | $7,391.15 | $2,275.20 | $5,115.95 |
| 1405.977565 | $5,623.91 | $16,490.00 | $19,302.40 | $19,302.40 | $24,926.31 | $9,651.20 | $15,275.11 |
| 1616.6352 | $3,233.27 | $6,470.00 | $4,825.60 | $6,470.00 | $9,703.27 | $3,235.00 | $6,468.27 |
| 1235.4618 | $7,412.77 | $52,950.00 | $48,249.60 | $52,950.00 | $60,362.77 | $26,475.00 | $33,887.77 |
| 1314.7108 | $7,888.26 | $43,830.00 | $39,059.20 | $43,830.00 | $51,718.26 | $21,915.00 | $29,803.26 |
| 0 | $0.00 | $66,050.00 | $50,547.20 | $66,050.00 | $66,050.00 | $31,700.00 | $34,350.00 |
| 1467.207 | $8,803.24 | $47,970.00 | $40,208.00 | $47,970.00 | $56,773.24 | $23,985.00 | $32,788.24 |
| 1401.1566 | $7,005.78 | $31,460.00 | $28,326.80 | $31,460.00 | $38,465.78 | $15,730.00 | $22,735.78 |

| | | | |
|---|---|---|---|
| 137687 | 8/27/1981 | 8/27/1981 | 12/31/2014 |
| 137735 | 7/1/1976 | 7/1/1976 | 12/31/2014 |
| 137810 | 10/24/1983 | 10/24/1983 | 12/31/2014 |
| 803320 | 7/25/2011 | 7/25/2011 | 12/31/2014 |
| 137296 | 4/9/1989 | 7/9/1990 | 12/31/2014 |
| 140800 | 2/23/1977 | 2/23/1977 | 12/31/2014 |
| 135870 | 12/18/2006 | 8/25/1984 | 12/31/2014 |
| 138740 | 4/18/1977 | 4/18/1977 | 12/31/2014 |
| 803321 | 7/25/2011 | 7/25/2011 | 12/31/2014 |
| 803206 | 9/27/2010 | 9/27/2010 | 12/31/2014 |
| 803322 | 7/25/2011 | 7/25/2011 | 12/31/2014 |
| 139489 | 2/20/1991 | 11/20/1992 | 12/31/2014 |
| 139812 | 5/21/1986 | 5/21/1986 | 12/31/2014 |
| 803324 | 7/25/2011 | 4/23/2012 | 12/31/2014 |
| 803326 | 7/25/2011 | 8/21/2012 | 12/31/2014 |
| 139569 | 8/27/1987 | 8/27/1987 | 12/31/2014 |
| 803208 | 9/27/2010 | 9/27/2010 | 12/31/2014 |
| 141076 | 3/20/1984 | 3/20/1984 | 12/31/2014 |
| 137703 | 1/4/1993 | 1/4/1993 | 12/31/2014 |
| 139138 | 1/6/1992 | 1/6/1992 | 12/31/2014 |
| 134645 | 8/8/1975 | 8/8/1975 | 12/31/2014 |
| 139699 | 10/19/1987 | 10/19/1987 | 12/31/2014 |
| 140199 | 5/7/1986 | 5/7/1986 | 12/31/2014 |
| 138826 | 10/5/1979 | 10/5/1979 | 12/31/2014 |
| 140863 | 3/8/1976 | 3/8/1976 | 12/31/2014 |
| 139424 | 3/14/1988 | 3/14/1988 | 12/31/2014 |
| 136578 | 5/7/1990 | 5/7/1990 | 12/31/2014 |

3A

VERSO 1-24-2015 SPREADSHEET SEVERANCE CALCULATION DATA

| Col1 | Date | Rate | Union | Amount | Col6 | Col7 | Col8 | Notes | Col10 | Col11 | Col12 | Col13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33.00 | 12/31/2014 | $30.79 | IAM | 75,262.92 | 33.37 | 33.00 | 6 | | | 52 | $75,262.92 | 75262.92 |
| 39.00 | 12/17/2014 | $28.72 | IAM | 31,999.83 | 38.53 | 38.00 | 6 | | 26 | 26 | $31,999.83 | 32675.67 |
| 31.00 | 12/17/2014 | $30.16 | IAM | 59,893.49 | 31.21 | 31.00 | 6 | | 3 | 49 | $59,893.49 | 59893.49 |
| 3.00 | 12/17/2014 | $28.72 | IAM | 68,888.63 | 3.44 | 3.00 | 2 | 4 weeks minimum at 40 hours per MOA | 4 | 48 | $68,888.63 | 68888.63 |
| 24.00 | 12/17/2014 | $28.72 | IAM | 74,948.91 | 24.50 | 24.00 | 6 | | 2 | 50 | $74,948.91 | 74948.91 |
| 38.00 | 12/17/2014 | $30.79 | IAM | 94,585.91 | 37.88 | 37.00 | 6 | | | 52 | $94,585.91 | 94585.91 |
| 30.00 | 12/31/2014 | $30.79 | IAM | 84,781.63 | 30.37 | 30.00 | 3 | | 0 | 52 | $82,614.49 | 84781.63 |
| 38.00 | 12/17/2014 | $28.72 | IAM | 59,596.39 | 37.73 | 37.00 | 6 | | 1 | 51 | $59,596.39 | 59596.39 |
| 3.00 | 12/17/2014 | $28.44 | IAM | 62,669.62 | 3.44 | 3.00 | 2 | 4 weeks minimum at 40 hours per MOA | 1 | 51 | $62,669.62 | 62669.62 |
| 4.00 | 12/17/2014 | $28.72 | IAM | 85,921.23 | 4.26 | 4.00 | 2 | | 2 | 50 | $85,921.23 | 85921.23 |
| 3.00 | 12/17/2014 | $28.44 | IAM | 86,566.24 | 3.44 | 3.00 | 2 | 4 weeks minimum at 40 hours per MOA | | 52 | $86,566.24 | 86566.24 |
| 22.00 | 12/17/2014 | $28.72 | IAM | 61,409.49 | 22.13 | 22.00 | 5 | | 4 | 48 | $61,409.49 | 61409.49 |
| 29.00 | 12/31/2014 | $28.72 | IAM | 40,743.87 | 28.63 | 28.00 | 6 | | 26 | 26 | $40,743.87 | 40743.87 |
| 3.00 | 12/17/2014 | $28.44 | IAM | 65,432.76 | 2.69 | 2.00 | 2 | Received severance in 2011 then rehired; 4 wks minimum per MOA | 5 | 47 | $65,432.76 | 65432.76 |
| 2.00 | 12/17/2014 | $28.44 | IAM | 76,364.36 | 2.36 | 2.00 | 2 | Received severance in 2011 then rehired; 4 wks minimum per MOA | 3 | 49 | $76,364.36 | 76364.36 |
| 27.00 | 12/17/2014 | $28.72 | IAM | 78,542.04 | 27.36 | 27.00 | 6 | | 0 | 52 | $77,722.04 | 80118.68 |
| 4.00 | 12/17/2014 | $30.79 | IAM | 70,224.62 | 4.26 | 4.00 | 2 | | 4 | 48 | $70,224.62 | 70224.62 |
| 31.00 | 12/17/2014 | $28.72 | IAM | 66,907.71 | 30.80 | 30.00 | 6 | | | 52 | $66,907.71 | 66907.71 |
| 22.00 | 12/17/2014 | $28.72 | IAM | 102,099.15 | 22.00 | 22.00 | 5 | | 1 | 51 | $102,099.15 | 102554.19 |
| 23.00 | 12/17/2014 | $28.72 | IAM | 68,942.00 | 23.00 | 23.00 | 5 | | | 52 | $68,942.00 | 68942.00 |
| 39.00 | 12/17/2014 | $28.72 | IAM | 66,613.05 | 39.42 | 39.00 | 6 | | 2 | 50 | $66,613.05 | 66613.05 |
| 27.00 | 12/17/2014 | $28.72 | IAM | 71,299.40 | 27.22 | 27.00 | 6 | | 2 | 50 | $71,299.40 | 71299.40 |
| 29.00 | 12/27/2014 | $28.72 | IAM | 75,615.48 | 28.67 | 28.00 | 6 | | | 52 | $75,615.48 | 75615.48 |
| 35.00 | 12/17/2014 | $28.72 | IAM | 64,193.13 | 35.26 | 35.00 | 6 | | | 52 | $64,193.13 | 64193.13 |
| 39.00 | 12/17/2014 | $28.72 | IAM | 71,365.27 | 38.84 | 38.00 | 6 | | | 52 | $71,365.27 | 71365.27 |
| 27.00 | 12/17/2014 | $30.79 | IAM | 77,754.08 | 26.82 | 26.00 | 6 | | | 52 | $77,754.08 | 78323.70 |
| 25.00 | 12/17/2014 | $29.02 | IAM | 66,193.05 | 24.67 | 24.00 | 6 | | 6 | 46 | $64,670.19 | 66193.05 |

VERSO 1-24-2015 SPREADSHEET SEVERANCE CALCULATION DATA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1505.2584 | $9,031.55 | $47,770.00 | $40,642.80 | $47,770.00 | $56,801.55 | $23,885.00 | $32,916.55 |
| 1206.24 | $7,237.44 | $46,770.00 | $44,803.20 | $46,770.00 | $54,007.44 | $25,335.00 | $28,672.44 |
| 1266.72 | $7,600.32 | $37,900.00 | $37,398.40 | $37,900.00 | $45,500.32 | $18,950.00 | $26,550.32 |
| 1377.7726 | $2,755.55 | $4,310.00 | $3,446.40 | $4,595.20 | $7,350.75 | $2,297.60 | $5,053.15 |
| 1498.9782 | $8,993.87 | $35,980.00 | $27,571.20 | $35,980.00 | $44,973.87 | $17,990.00 | $26,983.87 |
| 1891.7182 | $11,350.31 | $67,310.00 | $46,800.80 | $67,310.00 | $78,660.31 | $33,655.00 | $45,005.31 |
| 1695.6326 | $5,086.90 | $47,670.00 | $36,948.00 | $47,670.00 | $52,756.90 | $24,460.00 | $28,296.90 |
| 1206.24 | $7,237.44 | $43,240.00 | $43,654.40 | $43,654.40 | $50,891.84 | $21,827.20 | $29,064.64 |
| 1253.3924 | $2,506.78 | $3,690.00 | $3,412.80 | $4,550.40 | $7,057.18 | $2,275.20 | $4,781.98 |
| 1718.4246 | $3,436.85 | $6,880.00 | $4,595.20 | $6,880.00 | $10,316.85 | $3,440.00 | $6,876.85 |
| 1731.3248 | $3,462.65 | $5,000.00 | $3,412.80 | $4,550.40 | $8,013.05 | $2,275.20 | $5,737.85 |
| 1228.1898 | $6,140.95 | $28,150.00 | $25,273.60 | $28,150.00 | $34,290.95 | $14,075.00 | $20,215.95 |
| 1206.24 | $7,237.44 | $43,880.00 | $33,315.20 | $43,880.00 | $51,117.44 | $21,940.00 | $29,177.44 |
| 1308.6552 | $2,617.31 | $0.00 | $3,412.80 | $4,550.40 | $7,167.71 | $2,275.20 | $4,892.51 |
| 1527.2872 | $3,054.57 | $0.00 | $2,275.20 | $4,550.40 | $7,604.97 | $2,275.20 | $5,329.77 |
| 1602.373599 | $9,614.24 | $40,360.00 | $31,017.60 | $40,360.00 | $49,974.24 | $20,395.00 | $29,579.24 |
| 1404.4924 | $2,808.98 | $5,860.00 | $4,926.40 | $5,860.00 | $8,668.98 | $2,930.00 | $5,738.98 |
| 1338.1542 | $8,028.93 | $38,610.00 | $35,612.80 | $38,610.00 | $46,638.93 | $19,305.00 | $27,333.93 |
| 2051.0838 | $10,255.42 | $44,050.00 | $25,273.60 | $44,050.00 | $54,305.42 | $22,025.00 | $32,280.42 |
| 1378.84 | $6,894.20 | $30,500.00 | $26,422.40 | $30,500.00 | $37,394.20 | $15,250.00 | $22,144.20 |
| 1332.261 | $7,993.57 | $51,960.00 | $44,803.20 | $51,960.00 | $59,953.57 | $25,980.00 | $33,973.57 |
| 1425.988 | $8,555.93 | $38,510.00 | $31,017.60 | $38,510.00 | $47,065.93 | $19,255.00 | $27,810.93 |
| 1512.3096 | $9,073.86 | $40,720.00 | $33,315.20 | $40,720.00 | $49,793.86 | $20,360.00 | $29,433.86 |
| 1283.8626 | $7,703.18 | $43,210.00 | $40,208.00 | $43,210.00 | $50,913.18 | $21,605.00 | $29,308.18 |
| 1427.3054 | $8,563.83 | $52,160.00 | $44,803.20 | $52,160.00 | $60,723.83 | $26,080.00 | $34,643.83 |
| 1566.474 | $9,398.84 | $38,880.00 | $33,253.20 | $38,880.00 | $48,278.84 | $19,440.00 | $28,838.84 |
| 1323.861 | $7,943.17 | $33,750.00 | $29,020.00 | $33,750.00 | $41,693.17 | $16,215.00 | $25,478.17 |

VERSO 1-24-2015 SPREADSHEET SEVERANCE CALCULATION DATA

3C

| | | |
|---|---|---|
| 140745 | 4/16/1975 | 12/31/2014 |
| 137009 | 9/9/1971 | 12/31/2014 |
| 137264 | 7/9/1990 | 12/31/2014 |
| 136917 | 10/8/2001 | 12/31/2014 |
| 135063 | 2/20/1991 | 12/31/2014 |

4A

VERSO 1-24-2015 SPREADSHEET SEVERANCE CALCULATION DATA

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40.00 | 12/17/2014 | $30.79 | IAM | 61,462.04 | 39.74 | 39.00 | 6 | | 10 | 42 | $57,303.47 | 71150.33 |
| 43.00 | 12/17/2014 | $28.72 | IAM | 70,660.22 | 43.34 | 43.00 | 6 | | | 52 | $70,660.22 | 70660.22 |
| 24.00 | 12/17/2014 | $26.92 | IAM | 54,258.50 | 24.50 | 24.00 | 6 | | 7 | 45 | $51,037.08 | 54258.50 |
| 13.00 | 12/17/2014 | $28.72 | IAM | 62,234.91 | 13.24 | 13.00 | 4 | | 1 | 51 | $62,234.91 | 62234.91 |
| 24.00 | 12/17/2014 | $30.79 | IAM | 94,864.91 | 23.88 | 23.00 | 5 | | | 52 | $94,864.91 | 94864.91 |

VERSO 1-24-2015 SPREADSHEET SEVERANCE CALCULATION DATA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1423.00651 | $8,538.04 | $53,220.00 | $49,264.00 | $53,220.00 | $61,758.04 | $24,632.00 | $37,126.04 |
| 1413.2044 | $8,479.23 | $58,440.00 | $49,398.40 | $58,440.00 | $66,919.23 | $29,220.00 | $37,699.23 |
| 1130.64 | $6,783.84 | $27,220.00 | $25,843.20 | $27,220.00 | $34,003.84 | $13,565.00 | $20,438.84 |
| 1244.6982 | $4,978.79 | $15,870.00 | $14,934.40 | $15,870.00 | $20,848.79 | $7,935.00 | $12,913.79 |
| 1897.2982 | $9,486.49 | $41,960.00 | $29,558.40 | $41,960.00 | $51,446.49 | $20,980.00 | $30,466.49 |