Redacted

| ID Number | Original Hire Date | Seniority Date | Termination Date | YOS-SEN Contract | Last day physically working | Base Rate | Union | Actual Gross Wages through 12/31/2014 | YOS-SEN Including Partial Year | YOS-Excluding Partial Year (rounded Down) | # Accrued 2015 Vacation Weeks | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 137214 | 2/17/1972 | 2/17/1972 | 12/31/2014 | 43.00 | 12/17/2014 | $28.72 | IAM | 66,163.90 | 42.90 | 42.00 | 6 | |
| 136220 | 2/18/1981 | 2/18/1981 | 12/31/2014 | 34.00 | 12/17/2014 | $28.72 | IAM | 71,100.79 | 33.90 | 33.00 | 6 | |
| 139145 | 10/10/1974 | 10/10/1974 | 12/31/2014 | 40.00 | 12/17/2014 | $28.72 | IAM | 57,417.73 | 40.25 | 40.00 | 6 | |
| 140142 | 2/21/1978 | 2/21/1978 | 12/31/2014 | 37.00 | 12/17/2014 | $28.72 | IAM | 68,666.66 | 36.88 | 36.00 | 6 | |
| 138167 | 6/30/1976 | 6/30/1976 | 12/31/2014 | 39.00 | 12/17/2014 | $28.72 | IAM | 29,418.35 | 38.53 | 38.00 | 6 | |
| 136427 | 9/24/1976 | 9/24/1976 | 12/31/2014 | 38.00 | 12/17/2014 | $30.79 | IAM | 81,138.99 | 38.29 | 38.00 | 6 | |
| 138726 | 7/16/1976 | 7/16/1976 | 12/31/2014 | 38.00 | 12/17/2014 | $28.72 | IAM | 76,533.15 | 38.48 | 38.00 | 6 | |
| 603236 | 2/28/2011 | 2/28/2011 | 12/31/2014 | 4.00 | 12/17/2014 | $28.44 | IAM | 61,134.86 | 3.84 | 3.00 | 2 | |
| 135613 | 10/14/1981 | 10/14/1981 | 12/31/2014 | 33.00 | 12/17/2014 | $30.79 | IAM | 87,361.94 | 33.24 | 33.00 | 6 | |
| 136417 | 11/29/1988 | 11/29/1988 | 12/31/2014 | 38.00 | 12/17/2014 | $30.79 | IAM | 76,533.22 | 37.02 | 37.00 | 6 | |
| 137775 | 7/16/1976 | 7/16/1976 | 12/31/2014 | 26.00 | 12/17/2014 | $30.79 | IAM | 73,040.21 | 26.11 | 26.00 | 6 | |
| 139865 | 9/24/1984 | 9/24/1984 | 12/31/2014 | 38.00 | 12/17/2014 | $28.72 | IAM | 62,306.62 | 38.48 | 38.00 | 6 | |
| 134995 | 9/29/1987 | 9/29/1987 | 12/31/2014 | 30.00 | 12/17/2014 | $28.72 | IAM | 95,015.60 | 30.37 | 30.00 | 6 | |
| 140430 | 2/20/1991 | 2/20/1991 | 12/31/2014 | 27.00 | 12/17/2014 | $30.79 | IAM | 71,005.38 | 27.36 | 27.00 | 6 | |
| 603220 | 1/17/2011 | 1/17/2011 | 12/31/2014 | 24.00 | 12/17/2014 | $30.79 | IAM | 82,196.19 | 23.88 | 23.00 | 5 | |
|  |  |  |  | 4.00 | 12/17/2014 | $28.44 | IAM | 52,000.12 | 3.96 | 3.00 | 2 | |
| 136307 | 4/12/1979 | 4/12/1979 | 12/31/2014 | 36.00 | 12/17/2014 | $30.16 | IAM | 87,362.04 | 36.75 | 36.00 | 6 | |
| 603227 | 2/28/2011 | 2/28/2011 | 12/31/2014 | 4.00 | 12/17/2014 | $28.44 | IAM | 71,018.78 | 3.84 | 3.00 | 2 | |
| 137030 | 4/5/1999 | 4/5/1999 | 12/31/2014 | 16.00 | 12/17/2014 | $30.16 | IAM | 54,105.27 | 15.75 | 16.00 | 4 | |
| 603205 | 9/27/2010 | 9/27/2010 | 12/31/2014 | 4.00 | 12/17/2014 | $30.16 | IAM | 80,831.76 | 4.26 | 4.00 | 2 | |
| 136074 | 10/4/1972 | 10/4/1972 | 12/31/2014 | 42.00 | 12/17/2014 | $28.72 | IAM | 61,773.09 | 42.27 | 42.00 | 6 | |
| 138923 | 10/6/1980 | 10/6/1980 | 12/31/2014 | 34.00 | 12/17/2014 | $28.72 | IAM | 65,735.54 | 34.26 | 34.00 | 6 | |
| 139731 | 9/21/1970 | 9/21/1970 | 12/31/2014 | 44.00 | 12/17/2014 | $28.72 | IAM | 14,408.79 | 44.31 | 44.00 | 6 | |
| 134696 | 4/15/1980 | 4/16/1980 | 12/31/2014 | 35.00 | 12/31/2014 | $30.79 | IAM | 73,360.35 | 34.73 | 34.00 | 6 | Not eligible for Section 10 |
| 137072 | 5/11/1992 | 5/11/1992 | 12/31/2014 | 23.00 | 12/31/2014 | $30.79 | IAM | 70,057.83 | 22.66 | 22.00 | 5 | |
| 137667 | 8/27/1981 | 8/27/1981 | 12/31/2014 | 33.00 | 12/31/2014 | $30.79 | IAM | 75,262.92 | 33.37 | 33.00 | 6 | |
| 137738 | 7/1/1976 | 7/1/1976 | 12/31/2014 | 39.00 | 12/17/2014 | $30.79 | IAM | 31,999.83 | 38.53 | 38.00 | 6 | |
| 137810 | 10/24/1983 | 10/24/1983 | 12/31/2014 | 31.00 | 12/31/2014 | $30.16 | IAM | 59,893.49 | 31.21 | 31.00 | 6 | |
| 603320 | 7/25/2011 | 7/25/2011 | 12/31/2014 | 3.00 | 12/17/2014 | $28.72 | IAM | 68,888.63 | 3.44 | 3.00 | 2 | 4 weeks minimum at 40 hours per MOA |
| 137296 | 4/9/1909 | 7/9/1990 | 12/31/2014 | 24.00 | 12/17/2014 | $28.72 | IAM | 74,948.91 | 24.50 | 24.00 | 6 | |
| 140600 | 2/23/1977 | 2/23/1977 | 12/31/2014 | 38.00 | 12/17/2014 | $30.79 | IAM | 94,585.91 | 37.88 | 37.00 | 6 | |
| 136570 | 12/18/2006 | 9/25/1984 | 12/31/2014 | 30.00 | 12/17/2014 | $30.79 | IAM | 84,781.63 | 30.37 | 30.00 | 3 | |
| 136740 | 4/18/1977 | 4/18/1977 | 12/31/2014 | 38.00 | 12/17/2014 | $30.79 | IAM | 59,596.39 | 37.73 | 37.00 | 6 | |
| 603321 | 7/25/2011 | 7/25/2011 | 12/31/2014 | 3.00 | 12/17/2014 | $28.44 | IAM | 62,669.62 | 3.44 | 3.00 | 2 | 4 weeks minimum at 40 hours per MOA |
| 603208 | 9/27/2010 | 9/27/2010 | 12/31/2014 | 4.00 | 12/17/2014 | $28.72 | IAM | 85,921.23 | 4.26 | 4.00 | 2 | |
| 603022 | 7/25/2011 | 7/25/2011 | 12/31/2014 | 3.00 | 12/17/2014 | $28.44 | IAM | 86,566.24 | 3.44 | 3.00 | 2 | 4 weeks minimum at 40 hours per MOA |
| 130489 | 2/25/1991 | 11/25/1992 | 12/31/2014 | 22.00 | 12/17/2014 | $28.72 | IAM | 61,409.49 | 22.13 | 22.00 | 5 | |
| 138912 | 5/21/1986 | 5/21/1986 | 12/31/2014 | 29.00 | 12/17/2014 | $28.72 | IAM | 40,743.87 | 28.63 | 28.00 | 6 | |
| 603324 | 7/25/2011 | 4/23/2012 | 12/31/2014 | 3.00 | 12/17/2014 | $28.44 | IAM | 65,432.76 | 2.69 | 3.00 | 2 | Received severance in 2011 then rehired; 4 wks |
| 603328 | 7/25/2011 | 8/21/2012 | 12/31/2014 | 2.00 | 12/17/2014 | $28.44 | IAM | 76,364.36 | 2.38 | 2.00 | 2 | Received severance in 2011 then rehired: 4 wks |
| 130659 | 8/27/1987 | 8/27/1987 | 12/31/2014 | 27.00 | 12/17/2014 | $28.72 | IAM | 78,542.04 | 27.36 | 27.00 | 6 | |
| 603305 | 9/27/2010 | 9/27/2010 | 12/31/2014 | 4.00 | 12/17/2014 | $28.72 | IAM | 70,224.62 | 4.26 | 4.00 | 2 | |
| 141076 | 3/20/1984 | 3/20/1984 | 12/31/2014 | 31.00 | 12/17/2014 | $28.72 | IAM | 66,907.71 | 30.80 | 30.00 | 6 | |
| 137703 | 1/4/1993 | 1/4/1993 | 12/31/2014 | 22.00 | 12/17/2014 | $28.72 | IAM | 102,099.15 | 22.00 | 22.00 | 5 | |
| 139138 | 1/6/1992 | 1/6/1992 | 12/31/2014 | 23.00 | 12/17/2014 | $28.72 | IAM | 68,942.00 | 23.00 | 23.00 | 5 | |
| 134645 | 8/6/1975 | 8/6/1975 | 12/31/2014 | 30.00 | 12/17/2014 | $28.72 | IAM | 66,613.05 | 39.42 | 39.00 | 6 | |
| 139669 | 10/19/1987 | 10/19/1987 | 12/31/2014 | 27.00 | 12/17/2014 | $28.72 | IAM | 71,299.40 | 27.22 | 27.00 | 6 | |
| 140199 | 5/7/1986 | 5/7/1986 | 12/31/2014 | 29.00 | 12/27/2014 | $28.72 | IAM | 75,615.48 | 28.67 | 28.00 | 6 | |
| 138626 | 10/5/1979 | 10/5/1979 | 12/31/2014 | 35.00 | 12/17/2014 | $28.72 | IAM | 64,193.13 | 35.26 | 35.00 | 6 | |
| 140683 | 3/8/1976 | 3/8/1976 | 12/31/2014 | 39.00 | 12/17/2014 | $28.72 | IAM | 71,365.27 | 38.84 | 38.00 | 6 | |

1A

| Adjusted Wks less 62 without STD | Actual # of Wks Per Verso | Adjusted Gross Wages as of 12/31/2014 without STD for Severance | Vacation Wages for 2015 | # VERSO USED TO CALCULATE WEEKLY RATE | Weekly Rate | Section 10 - 2015 Vacation Payout | Maine State Severance | CBA Severance | MOA Severance | Total New Payment= MOA excel STD + Section 10 - 2015 Vacation | 50% 1/08/2015 MOA Severance Payout | Remaining Payment (Section 10 - 2015 Vacation and Adjusted Severance | MAX # OF WEEKS | STATUTORY WEEKLY RATE | TOTAL SEVERANCE DUE | AMOUNT OF SEVERANCE STILL OWED | TOTAL SEVERANCE OWED IF PARTIAL YEARS WORKED INCLUDED | AMOUNT OF SEVERANCE LOST BY ELIMINATION OF PARTIAL YEARS OF WORK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | $66,163.90 | $66,333.42 | 49.87 | 1326.6684 | $7,960.01 | $65,650.00 | $39,498.00 | $63,450.00 | $61,410.01 | $26,725.00 | $34,685.01 | 44 | $1,503.73 | $63,156.06 | $9,706.66 | $64,509.80 | $1,353.14 |
| | 52 | $71,100.79 | $71,100.79 | 50.00 | 1422.0158 | $8,532.09 | $65,130.00 | $39,069.20 | $65,130.00 | $63,662.09 | $22,565.00 | $31,097.09 | 46 | $1,545.67 | $51,007.11 | $5,877.11 | $52,382.73 | $1,375.62 |
| 9 | 43 | $53,732.02 | $68,116.36 | 38.70 | 1362.327166 | $8,173.96 | $49,000.00 | $46,952.00 | $49,000.00 | $57,233.96 | $23,925.00 | $33,308.96 | 34 | $1,688.76 | $57,550.40 | $18,490.40 | $57,972.59 | $422.19 |
| 2 | 50 | $68,666.66 | $68,666.66 | 50.00 | 1373.3332 | $8,240.00 | $49,640.00 | $42,505.60 | $49,640.00 | $57,880.00 | $24,720.00 | $32,960.00 | 47 | $1,469.99 | $52,595.64 | $3,155.64 | $53,881.31 | $1,285.67 |
| 35 | 17 | $29,418.35 | $29,418.35 | 24.38 | 1206.24 | $7,237.44 | $66,760.00 | $44,303.20 | $66,760.00 | $72,997.44 | $32,880.00 | $40,117.44 | 16 | $1,838.65 | $69,368.70 | $4,108.70 | $70,843.06 | $974.36 |
| | 52 | $81,138.89 | $81,138.89 | 50.00 | 1622.7778 | $9,736.67 | $59,300.00 | $39,300.00 | $59,300.00 | $69,036.67 | $29,650.00 | $39,386.67 | 45 | $1,803.09 | $68,517.42 | $9,217.42 | $69,040.32 | $522.90 |
| 7 | 52 | $76,181.72 | $76,533.15 | 50.00 | 1530.663 | $9,183.98 | $55,650.00 | $43,654.40 | $55,650.00 | $64,833.98 | $27,965.00 | $36,898.98 | 45 | $1,700.74 | $64,628.12 | $8,998.12 | $65,444.48 | $816.36 |
| 7 | 45 | $61,134.86 | $61,134.86 | 50.00 | 1222.6972 | $7,336.18 | $4,000.00 | $4,550.40 | $4,550.40 | $6,995.79 | $2,275.20 | $4,720.59 | 42 | $1,455.59 | $4,366.77 | $0.00 | $5,589.47 | $1,222.70 |
| 3 | 49 | $87,361.94 | $87,361.94 | 50.00 | 1747.2388 | $10,483.43 | $59,840.00 | $60,642.80 | $59,840.00 | $69,323.43 | $29,420.00 | $39,903.43 | 43 | $2,031.67 | $66,451.11 | $7,611.11 | $67,532.71 | $1,081.60 |
| 5 | 47 | $76,533.22 | $76,533.22 | 50.00 | 1530.6644 | $9,183.99 | $60,250.00 | $46,800.80 | $60,250.00 | $69,433.99 | $30,125.00 | $39,308.99 | 37 | $2,068.47 | $76,533.39 | $16,283.39 | $77,815.84 | $1,282.45 |
| 2 | 50 | $73,040.21 | $73,040.21 | 50.00 | 1460.8042 | $8,764.83 | $57,900.00 | $32,021.60 | $57,900.00 | $66,754.83 | $18,995.00 | $27,759.83 | 44 | $1,660.00 | $43,160.00 | $5,170.00 | $43,342.60 | $182.60 |
| | 52 | $62,306.62 | $62,306.62 | 50.00 | 1246.1324 | $7,476.79 | $54,540.00 | $43,654.40 | $54,540.00 | $63,016.79 | $22,770.00 | $30,246.79 | 44 | $1,416.06 | $53,810.28 | $8,270.28 | $54,489.99 | $679.71 |
| 1 | 51 | $95,015.60 | $95,015.60 | 50.00 | 1900.312 | $11,401.87 | $55,900.00 | $34,464.00 | $55,900.00 | $67,301.87 | $27,950.00 | $39,351.87 | 46 | $2,065.56 | $61,966.80 | $6,066.80 | $62,731.06 | $764.26 |
| | 52 | $71,005.38 | $71,005.38 | 50.00 | 1420.1076 | $8,520.65 | $36,870.00 | $33,263.20 | $36,870.00 | $45,390.65 | $18,435.00 | $26,955.65 | 43 | $1,651.29 | $44,584.83 | $7,714.83 | $45,179.29 | $594.46 |
| 2 | 50 | $82,196.19 | $82,196.19 | 50.00 | 1643.9238 | $8,219.62 | $37,820.00 | $29,658.40 | $37,820.00 | $46,039.62 | $18,910.00 | $27,129.62 | 43 | $1,911.54 | $43,965.42 | $6,145.42 | $45,647.58 | $1,682.16 |
| 15 | 37 | $45,264.41 | $64,693.49 | 35.00 | 1293.869922 | $2,587.74 | $3,650.00 | $4,550.40 | $4,550.40 | $7,138.14 | $2,275.20 | $4,862.94 | 31 | $1,677.42 | $5,032.26 | $481.86 | $6,709.68 | $1,677.42 |
| | 52 | $87,362.04 | $87,362.04 | 50.00 | 1747.2408 | $10,483.44 | $59,810.00 | $43,430.40 | $59,810.00 | $70,293.44 | $29,405.00 | $39,888.44 | 45 | $1,941.38 | $87,948.30 | $9,138.30 | $69,404.34 | $1,456.04 |
| 2 | 50 | $71,018.78 | $71,018.78 | 50.00 | 1420.3756 | $2,840.75 | $4,270.00 | $4,550.40 | $4,560.40 | $7,391.16 | $2,135.00 | $5,115.95 | 45 | $1,543.89 | $4,631.67 | $81.27 | $2,068.47 | $1,543.89 |
| 5 | 47 | $51,645.27 | $70,298.88 | 36.70 | 1405.977565 | $5,623.91 | $16,490.00 | $19,302.40 | $19,302.40 | $24,926.31 | $9,651.20 | $15,275.11 | 36.7 | $1,474.26 | $22,113.90 | $2,811.50 | $23,219.60 | $1,105.70 |
| 2 | 50 | $80,831.76 | $80,831.76 | 50.00 | 1616.6352 | $3,233.27 | $6,470.00 | $4,825.60 | $6,470.00 | $9,703.27 | $3,235.00 | $6,468.27 | 49 | $1,649.63 | $6,598.52 | $128.52 | $7,026.57 | $428.05 |
| 3 | 49 | $61,773.09 | $61,773.09 | 50.00 | 1235.4618 | $7,412.77 | $60,340.00 | $48,249.60 | $62,950.00 | $60,362.77 | $26,475.00 | $33,887.77 | 45 | $1,372.74 | $57,655.08 | $4,705.08 | $58,025.72 | $370.64 |
| 1 | 51 | $65,735.54 | $65,735.54 | 50.00 | 1314.7108 | $7,888.26 | $43,830.00 | $39,069.20 | $43,830.00 | $51,718.26 | $21,915.00 | $29,803.26 | 45 | $1,460.79 | $49,666.86 | $5,836.86 | $50,046.67 | $379.81 |
| 44 | 8 | $12,007.36 | $14,408.79 | | 0 | $0.00 | $59,050.00 | $60,647.20 | $66,060.00 | $66,060.00 | $31,700.00 | $34,350.00 | 8 | $1,801.10 | $79,248.40 | $13,198.40 | $79,806.74 | $558.34 |
| | 52 | $73,360.35 | $73,360.35 | 50.00 | 1467.207 | $8,803.24 | $47,970.00 | $40,208.00 | $47,970.00 | $56,773.24 | $23,985.00 | $32,788.24 | 45 | $1,630.23 | $55,427.82 | $7,457.82 | $56,617.89 | $1,190.07 |
| 3 | 49 | $70,057.83 | $70,057.83 | 50.00 | 1401.1566 | $7,005.78 | $31,460.00 | $29,326.80 | $31,460.00 | $38,465.78 | $15,730.00 | $22,735.78 | 43 | $1,708.73 | $37,592.06 | $6,112.06 | $38,702.74 | $1,110.68 |
| 26 | 26 | $75,262.92 | $75,262.92 | 50.00 | 1505.2584 | $9,031.55 | $47,770.00 | $40,642.80 | $47,770.00 | $56,801.55 | $23,885.00 | $32,916.55 | 43 | $1,750.30 | $57,759.90 | $9,989.90 | $58,407.51 | $647.61 |
| 26 | 26 | $31,999.83 | $33,675.67 | 26.00 | 1206.24 | $7,237.44 | $46,770.00 | $44,303.20 | $46,770.00 | $54,007.44 | $25,335.00 | $28,672.44 | 16 | $1,999.99 | $59,999.62 | $29,229.62 | $77,059.61 | $1,059.99 |
| 3 | 49 | $59,893.49 | $59,893.49 | 47.18 | 1266.72 | $7,600.32 | $37,900.00 | $37,398.40 | $37,900.00 | $46,600.32 | $18,950.00 | $26,550.32 | 32 | $1,871.67 | $58,021.77 | $21,121.77 | $58,414.87 | $393.10 |
| 4 | 48 | $68,888.63 | $68,888.63 | 50.00 | 1377.7726 | $2,755.55 | $4,310.00 | $5,446.40 | $4,595.20 | $7,350.75 | $2,297.60 | $5,053.15 | 45 | $1,602.06 | $4,806.18 | $210.98 | $6,408.24 | $1,602.06 |
| 2 | 50 | $74,948.91 | $74,948.91 | 50.00 | 1498.9782 | $8,993.87 | $36,980.00 | $27,571.20 | $36,980.00 | $44,973.87 | $17,990.00 | $26,983.87 | 43 | $1,743.00 | $41,832.00 | $5,852.00 | $42,703.50 | $871.50 |
| | 52 | $94,585.91 | $94,585.91 | 50.00 | 1891.7182 | $11,350.31 | $47,870.00 | $36,048.00 | $47,870.00 | $59,220.31 | $23,655.00 | $45,005.31 | 46 | $2,056.22 | $76,080.14 | $8,770.14 | $77,889.61 | $1,809.47 |
| 0 | 52 | $82,614.49 | $84,781.63 | 50.00 | 1695.6326 | $5,086.90 | $47,870.00 | $36,648.00 | $47,870.00 | $52,756.90 | $24,460.00 | $28,296.90 | 43 | $1,971.67 | $59,591.11 | $11,480.10 | $59,979.62 | $729.52 |
| 1 | 51 | $59,596.39 | $59,596.39 | 49.40 | 1206.24 | $7,237.44 | $43,240.00 | $40,654.40 | $43,854.40 | $50,891.84 | $21,827.20 | $29,064.64 | 44 | $1,354.46 | $50,115.02 | $6,461.02 | $51,103.78 | $988.76 |
| 1 | 51 | $62,669.62 | $62,669.62 | 50.00 | 1253.3924 | $2,506.78 | $3,890.00 | $5,412.00 | $4,560.40 | $7,067.18 | $2,275.20 | $4,781.98 | 47 | $1,333.40 | $4,000.20 | $0.00 | $4,586.90 | $586.70 |
| 2 | 50 | $85,921.23 | $85,921.23 | 50.00 | 1718.4246 | $3,436.85 | $6,880.00 | $4,598.20 | $6,880.00 | $10,316.85 | $3,440.00 | $6,876.85 | 47 | $1,828.11 | $7,312.44 | $432.44 | $7,787.75 | $475.31 |
| | 52 | $86,566.24 | $86,566.24 | 50.00 | 1731.3248 | $3,462.65 | $6,000.00 | $5,412.00 | $4,560.40 | $8,013.05 | $2,275.20 | $5,737.85 | 48 | $1,803.46 | $5,410.38 | $59.98 | $6,203.90 | $793.52 |
| 4 | 48 | $61,409.49 | $61,409.49 | 50.00 | 1228.1898 | $6,140.95 | $28,150.00 | $20,273.60 | $28,150.00 | $34,290.95 | $14,075.00 | $20,215.95 | 45 | $1,364.66 | $30,022.52 | $1,872.52 | $30,199.93 | $177.41 |
| 26 | 26 | $40,743.87 | $40,743.87 | 33.77 | 1206.24 | $7,237.44 | $43,880.00 | $33,316.30 | $43,880.00 | $51,117.44 | $21,940.00 | $29,177.44 | 25 | $1,629.75 | $45,633.00 | $1,753.00 | $46,659.74 | $1,026.74 |
| 5 | 47 | $65,432.76 | $65,432.76 | 50.00 | 1308.6552 | $2,617.31 | $0.00 | $5,412.00 | $4,560.40 | $7,167.71 | $2,275.20 | $4,892.51 | 42 | $1,557.92 | | $0.00 | $4,550.40 | $0.00 |
| 3 | 49 | $76,364.36 | $76,364.36 | 50.00 | 1527.2872 | $3,054.57 | $0.00 | $2,278.20 | $4,550.40 | $7,604.97 | $2,275.20 | $5,329.77 | 47 | $1,624.77 | | $0.00 | $4,550.40 | $0.00 |
| 0 | 52 | $80,118.68 | $80,118.68 | 49.02 | 1602.373599 | $9,614.24 | $40,360.00 | $31,017.60 | $40,360.00 | $49,974.24 | $20,395.00 | $29,579.24 | 41 | $1,915.66 | $51,722.82 | $11,362.82 | $52,412.44 | $689.62 |
| 4 | 48 | $70,224.62 | $70,224.62 | 50.00 | 1404.4924 | $2,808.98 | $5,880.00 | $4,926.40 | $5,880.00 | $8,688.98 | $2,930.00 | $5,738.98 | 42 | $1,672.01 | $6,088.04 | $828.04 | $7,122.76 | $434.72 |
| | 52 | $66,907.71 | $66,907.71 | 50.00 | 1338.1542 | $8,028.93 | $38,610.00 | $35,612.80 | $38,610.00 | $46,638.93 | $19,305.00 | $27,333.93 | 46 | $1,454.52 | $43,635.60 | $5,025.60 | $44,799.22 | $1,163.62 |
| 1 | 51 | $102,099.15 | $102,554.19 | 50.00 | 2051.0838 | $10,255.42 | $44,050.00 | $46,366.00 | $44,050.00 | $54,305.42 | $22,025.00 | $32,280.42 | 47 | $2,172.32 | $47,791.04 | $3,741.04 | | $0.00 |
| | 52 | $68,942.00 | $68,942.00 | 50.00 | 1378.84 | $6,894.20 | $29,422.40 | $54,050.00 | $29,422.40 | $36,316.60 | $15,250.00 | $22,144.20 | 44 | $1,566.86 | $36,037.78 | $6,537.78 | | $0.00 |
| 2 | 50 | $66,613.05 | $66,613.05 | 50.00 | 1332.261 | $7,993.57 | $51,900.00 | $44,303.20 | $51,900.00 | $59,893.57 | $25,980.00 | $33,973.57 | 48 | $1,387.77 | $54,123.03 | $2,163.03 | $54,705.89 | $582.86 |
| 2 | 50 | $71,299.40 | $71,299.40 | 50.00 | 1425.988 | $8,555.93 | $38,210.00 | $35,316.30 | $38,210.00 | $46,765.93 | $19,255.00 | $27,810.93 | 44 | $1,620.44 | $43,751.88 | $5,241.88 | $44,108.38 | $356.50 |
| | 52 | $75,615.48 | $75,615.48 | 50.00 | 1512.3096 | $9,073.86 | $40,720.00 | $33,316.30 | $40,720.00 | $49,793.86 | $20,360.00 | $29,433.86 | 45 | $1,643.91 | $46,026.68 | $5,306.68 | $47,153.31 | $1,101.35 |
| 1 | 51 | $64,193.13 | $64,193.13 | 50.00 | 1283.8626 | $7,703.18 | $42,160.00 | $40,208.00 | $43,210.00 | $50,913.18 | $21,605.00 | $29,308.18 | 43 | $1,337.36 | $46,907.60 | $3,697.60 | $47,155.31 | $347.71 |
| | 52 | $71,365.27 | $71,365.27 | 50.00 | 1427.3054 | $8,563.83 | $52,160.00 | $44,303.20 | $52,160.00 | $60,723.83 | $26,080.00 | $34,643.83 | 46 | $1,551.42 | $58,953.96 | $6,793.96 | $60,257.11 | $1,303.15 |

1B

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139424 | 3/14/1985 | 3/14/1985 | 12/31/2014 | 27.00 | 12/17/2014 | $30.79 | IAM | 77,754.08 | 26.82 | 39.26 | 6 | |
| 139876 | 6/7/1990 | 6/7/1990 | 12/31/2014 | 25.00 | 12/17/2014 | $29.02 | IAM | 66,193.05 | 24.67 | 34.85 | 6 | |
| 140745 | 4/16/1975 | 4/16/1975 | 12/31/2014 | 40.00 | 12/17/2014 | $30.79 | IAM | 61,462.04 | 36.74 | 39.80 | 6 | |
| 137009 | 9/9/1971 | 9/9/1971 | 12/31/2014 | 43.00 | 12/17/2014 | $28.72 | IAM | 70,660.22 | 43.34 | 43.80 | 6 | |
| 137264 | 4/9/1959 | 7/9/1990 | 12/31/2014 | 24.00 | 12/17/2014 | $26.92 | IAM | 54,258.50 | 24.60 | 34.00 | 6 | |
| 139017 | 10/8/2001 | 10/8/2001 | 12/31/2014 | 13.00 | 12/17/2014 | $28.72 | IAM | 62,234.91 | 13.34 | 13.80 | 4 | |
| 135083 | 2/20/1991 | 2/20/1991 | 12/31/2014 | 24.00 | 12/17/2014 | $30.79 | IAM | 94,864.91 | 23.85 | 23.80 | 6 | |

2A

| | 52 | $77,754.08 | $78,323.70 | 49.63 | 1566.474 | $9,398.84 | $38,880.00 | $33,253.20 | $38,880.00 | $48,278.84 | $19,440.00 | $28,838.84 | 45 | $1,727.87 | $44,924.62 | $6,044.62 | $46,341.47 | $1,416.85 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 46 | $64,670.19 | $66,193.05 | 48.85 | 1323.861 | $7,943.17 | $33,760.00 | $29,020.00 | $33,760.00 | $41,693.17 | $16,215.00 | $25,478.17 | 42 | $1,576.03 | $37,824.72 | $4,074.72 | $38,880.66 | $1,055.94 |
| 10 | 42 | $57,303.47 | $71,150.33 | 40.27 | 1423.00051 | $8,538.04 | $53,220.00 | $49,264.00 | $53,220.00 | $61,758.04 | $24,632.00 | $37,126.04 | 34 | $1,807.71 | $70,500.69 | $17,280.69 | $71,838.40 | $1,337.71 |
| | 52 | $70,660.22 | $70,660.22 | 50.00 | 1413.2044 | $8,479.23 | $58,440.00 | $49,398.40 | $58,440.00 | $60,919.23 | $29,220.00 | $37,699.23 | 48 | $1,472.09 | $63,299.87 | $4,859.87 | $63,800.38 | $500.51 |
| 7 | 45 | $51,037.08 | $54,258.50 | 44.14 | 1130.64 | $6,783.84 | $27,220.00 | $25,843.20 | $27,220.00 | $34,003.84 | $13,565.00 | $20,438.84 | 40 | $1,356.46 | $32,555.04 | $5,335.04 | $33,233.27 | $678.23 |
| 1 | 51 | $62,234.91 | $62,234.91 | 50.00 | 1244.6982 | $4,978.79 | $16,870.00 | $14,334.40 | $16,870.00 | $20,848.79 | $7,935.00 | $12,913.79 | 46 | $1,352.93 | $17,588.09 | $1,718.09 | $17,912.79 | $324.70 |
| | 52 | $94,864.91 | $94,864.91 | 50.00 | 1897.2982 | $9,486.49 | $41,860.00 | $29,658.40 | $41,960.00 | $51,446.49 | $20,980.00 | $30,466.49 | 48 | $1,576.35 | $45,456.05 | | $47,195.29 | $1,739.24 |
| | | | | | | | | | | | | | | | | $357,158.53 | | $48,255.22 |

2B