UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, LOCAL LODGE NO. 1821, et al<br><br>    Plaintiffs,<br><br>    v.<br><br>VERSO CORPORATION, et al<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 1:14-cv-00530-JAW<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order on Motions to Dismiss dated December 14, 2015, the Plaintiffs' First Amended Complaint is DISMISSED and Count Nine in Plaintiff's First Amended Complaint is DISMISSED without prejudice.

JUDGMENT is hereby entered in favor of Defendants Verso Paper Corporation, Verso Paper LLC, and AIM Development (USA) LLC against Plaintiffs International Association of Machinists and Aerospace Workers AFL-CIO Local Lodge No. 1821, Richard Gilley, Corey Darveau, Brian Simpson, Brian Abbott, Harold Porter and Fifty-Three Local No. 1821 Members.

                                        CHRISTA K. BERRY
                                        CLERK

                            By:    /s/Jennifer L. Gray
                                          Deputy Clerk

Dated: December 15, 2015